OPINION — AG — ONLY THE COURTS IN THE COUNTY (OR CITY WHERE APPROPRIATE) IN WHICH THE OFFENSE OCCURRED ARE AUTHORIZED TO ISSUE THE WARRANT OF ARREST PROVIDED FOR IN 52 O.S. 1965 Supp., 420.7 [52-420.7](D) CITE: 52 O.S. 1961 420.1 [52-420.1], 52 O.S. 1961 420.2 [52-420.2], ARTICLE II, SECTION 20, 21 O.S. 1961 171 [21-171], 22 O.S. 1961 161 [22-161] 22 O.S. 1961 162 [22-162] (HUGH COLLUM)